[No. 8850-2-III. Division Three. December 22, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWRENCE WARREN GOODMAN, *Appellant.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87-8-00606-5, Kathleen M. O'Connor, J. Pro Tem., entered August 28, 1987. *Affirmed* by unpublished opinion per Thompson, C.J., concurred in by Green, J., and Faris, J. Pro Tem.

[No. 21716-0-I. Division One. December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. DAVID M. COX, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-8-03117-1, George T. Mattson, J., entered February 9, 1988. *Dismissed* by unpublished per curiam opinion.

[No. 21603-1-I. Division One. December 27, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. LONEY L. JOHNSON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 87-1-03350-0, Jim Bates, J., entered January 12, 1988. *Dismissed* by unpublished per curiam opinion.